# Court of Appeals
# of the State of Georgia

ATLANTA,  September 14, 2022

*The Court of Appeals hereby passes the following order:*

**A22A1641. EDDIE DENHARDT d/b/a GEORGIA LIEN SERVICES v. GERALDINE ROBINSON.**

The trial court entered a default judgment against Geraldine Robinson as to liability in a case filed by Eddie Denhardt, d/b/a Georgia Lien Services ("Denhardt"). The trial court's order reserved the issue of damages. Denhardt then filed a motion for reconsideration, asking the trial court to enter liquidated damages against Robinson. The trial court denied the motion, again reserving the issue of damages. Denhardt then filed this direct appeal. We, however, lack jurisdiction.

"Generally, an order is final and appealable when it leaves no issues remaining to be resolved, constitutes the court's final ruling on the merits of the action, and leaves the parties with no further recourse in the trial court." *Thomas v. Douglas County*, 217 Ga. App. 520, 522 (1) (457 SE2d 835) (1995). Here, although the trial court entered default judgment against Robinson as to liability, the court did not award damages and specifically reserved them. A default judgment as to liability only is not a final ruling if the issue of damages remains pending in the trial court. See *Rapid Taxi Co. v. Broughton*, 244 Ga. App. 427, 428 (1) (535 SE2d 780) (2000) (judgment is not final unless it disposes of the entire case and a default judgment deciding liability only does not dispose of entire controversy); *Holloway v. McMichael*, 151 Ga. App. 802, 802-803 (261 SE2d 747) (1979) (case not final where issue of damages reserved). In order to appeal the order, Denhardt was required to comply with the interlocutory appeal procedure and obtain a certificate of immediate review. See OCGA § 5-6-34 (b).

Because Denhardt failed to follow the requisite procedure, we lack jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/14/2022

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen , *Clerk.*